# EXHIBIT "1"

**From:** Michael Bustin <cdrmikeb@aol.com>
**Sent:** Thursday, January 14, 2010 2:20 PM
**To:** Haloburdo, Donald <Donald_Haloburdo@jetaviation.com>
**Subject:**

Don,
Hope you are well. I was hoping for two favors. First, I was wondering whether you could send an email to Jet Professionals (with a cc to me) letting them know that I am available and in good standing. I was going to reference that email when I contact them for a face-to-face meeting in the future to let them put a face with a name. I just want to see what the potential is for work, if there is any at all.
Secondly, Mike and I would still like to talk to you, at your convenience, in person, about all that transpired. Mike has a bunch of stuff going on and will only be able to fly up on a Saturday. Do you think that's a possibility?
Respectfully,
Mike B

Michael Bustin
1180 Sewell Lane
Rydal, PA 19046
215-421-0621

**From:** Haloburdo, Donald <flodhal@jetaviation.com>
**Sent:** Wednesday, January 20, 2010 10:51 AM
**To:** Pietz, Karen <Karen_Pietz@jet-professionals.com>
**Cc:** 'Michael Bustin' <cdrmikeb@aol.com>
**Subject:** Bustin and Palmer

Karen
Mike Palmer and Mike Bustin can be used on JBJI and external opportunities as they present themselves.

Thanks
Don


Jet Aviation
Donald Haloburdo
Chief Pilot
112 Charles A. Lindbergh Dr.
Teterboro, New Jersey 07608 / United States
Tel.    +1 201 462 4128
Mobile  +1 201 406 6387
Fax     +1 201 462 4033
mailto:Donald_Haloburdo@jetaviation.com
www.jetaviation.com

**From:** Michael Bustin <cdrmikeb@aol.com>
**Sent:** Friday, January 29, 2010 8:46 AM
**To:** Haloburdo, Donald <Donald_Haloburdo@jetaviation.com>
**Subject:**

Don,
Hope everything is going well for you. I received your email to Jet Professionals on my behalf. Thank-you. I have been in touch with them as they update my training and medical. I know you've been gone quite a bit lately, but Mike and I would still like an opportunity to meet with you, at your convenience. While I'm not suggesting the outcome would be any different, it seems Schube had more than a generous opportunity to spin his side while Mike and I have yet to sit down with anyone. Among my concerns is that if this had happened to any other established line Captain, much less you or Nick, I don't believe the SIC involved would walk away, not only unscathed, but promoted. It just doesn't make sense. At your convenience, Mike and I would like to come up and speak with you and put this to rest in our own minds.
Respectfully,
Mike

Michael Bustin
1180 Sewell Lane
Rydal, PA 19046
215-421-0621