IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL STEPHEN BUSTIN | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 10-1675 |
| v. | : | |
| | : | |
| ABERCROMBIE & FITCH CO., | : | |
| JEFFRIES FAMILY OFFICE, LCC, | : | |
| JET AVIATION, INC., and | : | |
| JET PROFESSIONALS, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of the Motion to Dismiss of Defendants Jet Aviation, Inc. and Jet Professionals, Inc. (Docket Item No. 46) and Plaintiff's response thereto, it is hereby ORDERED and DECREED that the motion is DENIED. Defendants Jet Aviation, Inc. and Jet Professionals, Inc. shall file a responsive answer to the First Amended Complaint within five (5) days from the date of this Order.

BY THE COURT

_____
The Hon. Paul Diamond
United States District Judge