# EXHIBIT "2"

Case 2:10-cv-01675-PD   Document 68-2   Filed 04/21/11   Page 1 of 20

# TABLE OF CONTENTS

I.  Aircraft Appearance Standards — 5
   A. Cabin Set-Up — 5
      1. Credenzas
      2. Crew Rest Area
      3. Doors
      4. Fingerprints
      5. Flight Show
      6. Floors
      7. Flowers
      8. Galley
      9. Gaspers
      10. Lavatory
      11. Lighting and Lampshades
      12. Magazines
      13. Music
      14. Newspapers
      15. Refuse Removal
      16. Seat Belts
      17. Temperature
      18. Window Shades

II. Crew Standards — 11
   A. Uniform — 11
      1. Winter Coat
      2. Cologne
      3. Gloves
      4. Hats
      5. Sunglasses
      6. Sweatshirt
      7. Notes

   B. Smoking — 12
   C. Crew Rest Requirements — 12

|     |     |                                              |    |
|-----|-----|----------------------------------------------|----|
|     | D.  | Itinerary                                    | 13 |
| III.| Abercrombie & Fitch Reports                  |    | 15 |
|     | A.  | Introduction                                 | 15 |
|     | B.  | Accessing the Reports                        | 15 |
|     | C.  | Printing the Reports                         | 17 |
|     | D.  | Compiling and Presenting the Reports         | 19 |
|     | E.  | Removing and Disposing of the Reports        | 20 |
|     | F.  | Useful Contacts                              | 20 |
| IV. | Flight Preparation                                 |    | 21 |
|     | A.  | Show Time versus Go Time                     | 21 |
|     | B.  | Steward Duties                               | 21 |
|     | C.  | Aircraft Location for Boarding in Columbus   | 21 |
| V.  | Boarding                                           |    | 23 |
|     | A.  | Crew Duties                                  | 23 |
|     |     | 1. Pilots                                    |    |
|     |     | 2. Stewards                                  |    |
|     | B.  | Guests                                       | 24 |
|     | C.  | Dogs Boarding                                | 24 |
|     | D.  | Luggage                                      | 24 |
|     |     | 1. Luggage Tags                              |    |
|     |     | 2. Crew Luggage                              |    |
|     | E.  | Coats and Carryons                           | 25 |
| VI. | In Flight                                          |    | 27 |
|     | A.  | Request Response                             | 27 |
|     | B.  | Take Off                                     | 27 |
|     | C.  | Briefings                                    | 27 |
|     | D.  | Cabin Calls                                  | 27 |

|  |  |  |  |
|---|---|---|---|
| E. | Bed Making | | 27 |
| | 1. Bed Assembly | | |
| | 2. Blankets | | |
| | 3. Disassembling | | |
| F. | Immigration and Customs Forms | | 28 |

VII. Drinks Service — 29
    A. Introduction — 29
    B. Coffee Service for Guests — 29
    C. Tea Service for Guests — 30
    D. Matthew's Tea Service — 30
    E. Refills and Ice Replenishment — 31
    F. Morning Flights — 31
    G. Afternoon and Evening Flights — 31

VIII. Meal Service — 33
    A. Introduction — 33
    B. Silver — 33
    C. Table Setting — 34
    D. Service — 34
        1. Plated Service
        2. Silver Service
    E. Crew Meals — 35

IX. Disembarking — 37
    A. Crew Duties — 37
        1. Pilots
        2. Stewards
    B. Unloading — 38
    C. Warming Vehicles — 38

|   |   |   |   |
|---|---|---|---|
|   | D. | Pick Up at Columbus Airport | 38 |
|   | E. | Helicopter Drop Off | 38 |
| X. | Post Flight Duties |   | 39 |
|   | A. | Inventory | 39 |
|   | B. | Silver | 39 |
|   | C. | Refuse Removal | 39 |
|   | D. | FBO Services | 39 |
|   | E. | Shutdown | 39 |
| XI. | Store Tour |   | 41 |
|   | A. | Guest Arrival and Boarding | 41 |

1. Captain
2. First Officer
3. First Steward
4. Second Steward
5. Bad Weather
6. Coats and Carryons

|   |   |   |   |
|---|---|---|---|
|   | C. | Drinks Service | 42 |
|   | D. | Meal Service | 43 |

1. Cinnamon Rolls
2. Hors D'Oeuvres
3. Snacks
4. Table Laying
5. Meal Service
6. Clearing the Table

|   |   |   |   |
|---|---|---|---|
|   | E. | Disembarking in Columbus | 45 |

1. Stewards
2. First Officer
3. Captain

# I. AIRCRAFT APPEARANCE

A. **Cabin Set-Up**

The aircraft is to be kept tidy at all times. No personal items are to be left on any counters.

1. **Credenzas**

    The credenzas tend to collect dust quickly. Be sure to check them often and make sure they remain clear of dust.

2. **Crew Rest Area**
    a. With the exception of the pilot flight bags, the crew rest area is for the crew only, not for crew bags or storage. It may, however, be used to store guests' carryons as needed, when the crew rest area is not needed for augmented crew.
    b. One steward should remain in the main cabin at all times.

3. **Doors**
    a. As soon as the passengers are all on board, the forward cabin door should be closed.
    b. The forward cabin door and acoustical door should be opened just prior to taxi and closed again after 10,000 feet or upon receiving a signal from the cockpit.
    c. The forward cabin door should be opened when the landing gear goes down or when the pilots call the phone in the galley.
    d. Latch the acoustical door upon closing.
    e. The doors to the galley and lavatory should be closed at all times.

4. **Fingerprints**

    While walking through the aircraft, check for fingerprints on the credenza, cabin door, galley door, ledges, and the cabinet doors in the lavatory.

5. **Flight Show**
    a. The flight show should be set to the random setting.
    b. The screen should be turned so that it is visible from the occupied aircraft seats.
    c. The flight show screen should be folded back towards the lamp for takeoff and landing, then unfolded during flight.

6. **Floors**

    When vacuuming the aircraft, vacuum from the front of the aircraft to the back, pulling the vacuum towards you to make smooth, even lines.

7. **Flowers**

    For each flight, fresh flowers in a small, square, low arrangement will be placed on the credenza.

8. **Galley**

   Dishes are to be done as soon as possible. There is to be no water sitting in the sink. Wine should be in the ice bin.

   The control screen above the sink should be set to display the map.

9. **Gaspers**

   The gaspers should be set straight on and be turned off unless they are needed to cool down the aircraft.

10. **Lavatory**
    a. **Aft Lavatory**
        i. Eight folded washcloths are to be tri-folded and placed in the housing behind the vanity, along with a bar of Jo Malone soap. Keep the washcloths fully stocked at all times.
        ii. Once the aircraft levels off, check the lavatory to make sure that the soap did not slide out of place during takeoff.
        iii. When feasible wearing the latex gloves, wipe down the sink, clean the toilets, and refresh the washcloths after the lavatory has been used. Dirty washcloths should be placed in the dirty linen bin.
        iv. Do not expose the toilet paper and do not fold the end square.
        v. When a guest uses the restroom, show them the knob on the left side of the sink that they need to turn it to the right to drain the sink. Also, inform them that the lavatory door must be closed and locked in order to turn on the light.

    b. **Forward Lavatory**
       There should be tri-fold paper towels in the crew lavatory.

       Crew members are to always use the forward lavatory.

11. **Lighting and Lampshades**

    The following lights should be on:

    a. The four reading lights in the front of the aircraft
    b. The four reading lights in the rear of the aircraft
    c. The two table lamps
    d. The two glass cases in the galley
    e. The mirror light in the lavatory
    f. When the passengers go to bed, all lights, except for the aft lavatory and lower effect lights, should be off.
    g. During daytime, or any time passengers are awake, the lower effect lights should be off.

  h. The dome light in the galley may be used when the galley door is closed.

All reading lights should be flat and flush with the paneling.

Check that the lampshades on the table lamps have their seams facing the wall. If not, turn the lampshade seams toward the wall and tighten the ball. Check the lampshades during the flight as they become unscrewed and the seams move.

The tops of the lamp bases tend to collect dust quickly. Be sure to check them often and make sure they remain clear of dust.

12. Magazines

The currents issues of the following magazines should be kept in the right side of the credenza:

  a. Business Week
  b. Details
  c. The Economist
  d. Elle
  e. Elle Decor
  f. Fortune
  g. Gentlemen's Quarterly
  h. New York
  i. Newsweek
  j. Time
  k. Town and Country
  l. Vanity Fair
  m. Vogue

Remove all inserts from the magazines.

Set out a copy of each magazine regardless of whether or not Michael and Matthew have seen it.

13. Music
  a. Make sure that the current Ruehl CDs are playing when the passengers board the aircraft.
  b. The volume dial should be set to the "V" and adjusted according to Michael or Matthew's request.
  c. Turn the music off when opening the cabin door for takeoff; turn the music back on once the door is closed.
  d. For return flights, play the first track on the Gilly Hicks CD and

make sure that "Take Me Home" is playing when the passengers enter the cabin.

14. **Newspapers**

    The following newspapers should be purchased and kept on the bottom shelf where the CD players are located:

    a. **Monday through Friday**
        i. Two copies of the Financial Times
        ii. Two copies of the New York Times
        iii. Two copies of the Wall Street Journal
        iv. Two copies of the International Herald Tribune when in Continental Europe
        v. Two copies of the London Times when in the United Kingdom

    b. **Saturday**
        i. One copy of the Daily News
        ii. Two copies of the Financial Times
        iii. Two copies of the New York Times
        iv. One copy of the New York Post
        v. Two copies of the Wall Street Journal
        vi. Two copies of the International Herald Tribune Monday through Saturday when in Continental Europe
        vii. Two copies of the London Times when in the United Kingdom

    c. **Sunday**
        i. One copy of the Daily News
        ii. Two copies of the New York Times Sunday edition
        iii. One copy of the New York Post
        iv. Two copies of the London Times Sunday edition when in the United Kingdom

    Remove all inserts and loose advertisements from the newspapers.

    Discard the old newspapers when replacing them with the current issue.

15. **Refuse Removal**
    a. Double line the garbage can; after each meal, tie off the inner bag and condense it inside the outer bag.
    b. Food remains should be placed in a Ziploc bag before being thrown into the garbage.
    c. If the pilots have any refuse, they should place it in the forward refuse bin or pass it to the flight steward.
    d. Ask to remove refuse from passengers immediately.

16. **Seat Belts**

    Seat belts should be folded neatly into the seat backing. The buckles should have a ten inch space between them and should be free of fingerprints or marks.

17. **Temperature**

    The temperature in the aircraft should be a medium room temperature and only adjusted at the request of the passengers.

18. **Window Shades**

    a. All window shades are operated by the steward; all go up and down simultaneously. If someone wishes, the steward may raise or lower an individual shade.

    b. On night flights when passengers will be sleeping, the shades should be closed after dinner. Open the shades once all passengers are awake.

    c. When the aircraft is empty and parked outside the hangar, the shades should all be closed to prevent fading.

## II. CREW STANDARDS

A. **Uniform**

The staff uniform provided for each staff member consists of the following:
1. Jeans
2. Polo Shirts
3. Flip Flops
4. A Belt (Males Only)
5. A Winter Coat
6. Hat (Males Only)
7. Gloves (Males Only)
8. Sunglasses (Males Only)
9. Boxer Briefs (Males Only)
10. Sweatshirts
11. Cellular Telephones

All staff will be responsible for laundering their own uniform and wearing all appropriate pieces while working.

1. **Winter Coat**
    a. The winter coat may be worn to and from work, and any time you work outside of the house.
    b. When it is 50 degrees or colder, all crew members are to wear their coats when going outside. If it is above 50 degrees, no staff member is to wear their coat.
    c. Zip the jacket up to the fourth button from the bottom. The lowest button should be left undone, but the next three buttons up should be fastened.
    d. Flip up the collar on the coat.
    e. The Captain and First Officer should hang their coats on pegs on the rear wall of the crew rest area. The cabin doors should be closed when putting on or removing coats.
    f. Stewards should hang their coats in the Baggage compartment. The doors should be closed when putting on or removing coats.

2. **Cologne**

    The male staff should spritz their uniforms with Abercrombie & Fitch 41 cologne upon arrival at the household and throughout the duration of the shift.

3. **Gloves**

    Gloves should be worn when the temperature is below 40 degrees. Do not wear the gloves while driving.

4. **Hats**
    a. Hats should be worn when the temperature is below 40 degrees.
    b. Make sure that the brim of the hat is two inches thick.

    c. The brim should be pulled so that it is approximately in the middle of the forehead.

5. **Sunglasses**

    Sunglasses are provided for any staff that will drive Michael and Matthew. All staff must coordinate wearing the sunglasses.

6. **Sweatshirt**

    The sweatshirt is to be worn when in place of a jacket. All staff must coordinate wearing the sweatshirt.

7. **Notes**

    a. The shirt should be tucked in at the front between the front two belt loops and none of the buttons should be fastened.
    b. The jeans should sit at the hips. The belt is flipped over at the buckle.
    c. Please make sure that your uniform is always clean and in good condition. If you feel that an item of the uniform needs to be replaced, submit a uniform request through The Jeffries Family Office website or notify the Event Coordinator.
    d. When on duty, all staff should carry the staff member's cellular telephone at all times. It is part of the uniform.
    e. While preparing the aircraft, crew members may wear boots only when necessary. They may not wear boots during the flight, when meeting passengers, or when disembarking passengers.
    f. Staff members should be well-groomed. Men are to be clean shaven and are not to wear earrings, necklaces, or bracelets. Watches and wedding rings are permitted.
    g. The Event Coordinator will collect the coats, gloves, and hats from the pilots on May 1 and will distribute them on October 1.

**B. Smoking**

Smoking onboard the aircraft is prohibited for crew and passengers.

**C. Crew Rest Requirements**

This is a Part 91 operation. The FAA does not require the following rest requirements, but out of concern for safety and well-being for the crew members, Abercrombie and & Fitch will honor the following duty and rest requirements:

1. Minimum rest before duty will be 10 hours; duty time should not exceed 14 hours.
2. Duty time for augmented crew should not exceed 18 hours.
3. Duty time is inclusive of commercial air lining, show-time, shut down duties, or any other time spent on the ground in addition to flight time.

   4. Flight time should not exceed 10 hours.
   5. Flight time for augmented crew should not exceed 12 hours per pilot for flight deck duty.
   6. Stewards will adopt any and all pilot rest and duty requirements.

D. **Itinerary**

   The stewards will be provided with itineraries prior to the trip. The steward should review the itinerary and keep a copy with him throughout the trip.

### III. ABERCROMBIE & FITCH REPORTS

#### A. Introduction

For Monday through Saturday, Michael receives a daily report, whereas for Sunday, he receives the Weekly Report. Matthew receives a copy of the R2, R6, and Daily Sales reports daily.





#### B. Accessing the Reports

1. To access the reports, go to http://www.thejeffriesfamilyoffice.com
2. Click on the doors



3. Log in:
   a. User name: reports
   b. Password: 54Beach (The "B" must be capitalized)





4. Click on the "Microsoft Office Outlook 2003" icon.
5. For each day, there should be seven different files:
   a. Daily calendar for Michael: Appears in the previous day's inbox. Insert as the first page on top of the reports.
   b. R6 Report: Print one copy each for Michael and Matthew.
   c. Daily Sales Total: Print one copy each for Michael and Matthew.
   d. Daily Sales by Brand: Print one copy each for Michael and Matthew.

    e. Q2
    f. R2: Print one copy each for Michael and Matthew.
    g. Weather Report Europe and USA

**C. Printing the Reports**



To print the reports:

1. Open one of the report files by double clicking on the file name.



2. Double click on the attachment to open.
3. The report will open in PDF format in a new window. From here, you can print the document.
4. Select "File."
5. Select "Print."
6. In the printer dialogue box, click on the arrow next to the printer name and select "HP2840 Park Drive."
7. Select "Properties."
8. Under the Paper Quality tab, select "Legal" under Paper Options/Paper Size.
9. Select "Landscape" printing option.
10. Print the document.
11. The reports will be available via email at designated times throughout the morning of each day. Do not print the reports on Saturdays unless requested.
12. For Sundays, there is a checklist of the reports and the report times that should be printed and placed in the back of the binder. As the reports are printed and assembled, write the time it finished printing and initial the appropriate box.
13. The following is a list of the reports, with their respective email codes, number of pages, and the times the reports are available to be printed.

a. Monday through Friday – The Daily Reports

| Email Code | Report Name | Number of Pages | Report Available By |
|---|---|---|---|
| **Q2 | Abercrombie & Fitch Flash Sales by Month Calendar Month Comparison | 1 | 4.00 am |
| *R2 | Abercrombie & Fitch Flash Sales by Store Calendar Month Comparison | 13 | 4.00 am |
| R6 | Abercrombie & Fitch Direct to Consumer Flash Order $ by Department Week to Date Orders Reported (in 1000) Calendar Month Comparison | 1 | 5.00 am |
| Daily Sales | Abercrombie & Fitch Total Company | 7 | 5.00 am |
| Weather | Abercrombie & Fitch Weather Report | 2 | 6.30 am |

\* Report may exceed the stated size
\*\* Q2 and R2 will be together in one email

b. Sunday – The Weekly Reports

| Email Code | Report Name | Number of Pages | Report Available By |
|---|---|---|---|

Aircraft Standards      Page 18      Abercrombie & Fitch Reports

| | | | |
|---|---|---|---|
| *R6 | Abercrombie & Fitch Direct to Consumer Flash Order $ by Department Week to Date Orders Reported (in 1000) Calendar Month Comparison | 7 | 3.00 am |
| **Q2 | Abercrombie & Fitch Flash Sales by Department Calendar Month Comparison | 1 | 5.00 am |
| **R2 | Abercrombie & Fitch Flash Sales by Store Calendar Month Comparison | 13 | 5.00 am |
| Daily Sales | Abercrombie & Fitch Total Company | 7 | 5.00 am |
| *A | Abercrombie & Fitch Key Item Planning System Weekly Recap Key Item Plan vs. Actual by Key Items/Combos/Actual Store Sales (A656) | 200 | 7.45 am |
| Weather | Abercrombie & Fitch Weather Report | 2 | 8.00 am |
| J2 | Abercrombie & Fitch Key Item Planning System Brand Comparison Report | 7 | 10.00 am |
| W1 | Abercrombie & Fitch All Brands Weekly Operation Summary (WOPSUM) | 14 | 12.00 pm |

* Report may exceed the stated size
** Q2 and R2 will be together in one email