# EXHIBIT "2"

**D.   Compiling and Presenting the Reports**

The reports should be delivered together.

To prepare the reports, punch the holes and insert the printed reports into the binder as follows:

1. Set up the hole punch by pulling out the silver calibrated slider so that the edge of the hole punch lines up with the 5" mark on the silver calibrated slider.
2. Insert the top of the reports into the hole punch in a landscape format and press on the handle to make the holes.
3. Insert each report in its designated section, placing it after the tab that marks its section.
4. Present the binders to Michael and Matthew.
5. Bring Michael's lucky wallet to him.
6. Add the remaining reports as they become available and place the binder beneath Michael's bedside table.

**E.   Removing and Disposing of the Reports**

a. Michael usually reviews the reports and takes the binder with him on the aircraft on Monday morning.
b. Ask Michael or Matthew if the report binder should be removed and the reports shredded.
c. Ask Michael or Matthew the final destination of the bag and its contents and shade the appropriate box on the bag tag.
d. All report emails should be deleted the morning following their printing and delivery.
e. The report binders should be sent on to the household.

**F.   Useful Contacts**

1. Reports Hotline        614 283 8809
2. Carrie Meek            614 402 0204
3. Kyei Amoako            614 429 7306
4. Dan Cutright           614 283 6609

## IV.  FLIGHT PREPARATION

A.  **Show Time versus Go Time**
   The staff should report to the aircraft two hours prior to the departure time or the beginning of the slide time.

B.  **Steward Duties**
   1. Throughout preparation and cleanup of the aircraft, one crew member must be on the aircraft at all times.
   2. Upon return, the steward should perform an inventory of the aircraft, making sure to check for any items that are not part of the standard inventory.
   3. Upon return, the stewards should follow the steward checklist for cleaning the aircraft, including removal of items.
   4. Check the Cross pens and make sure that they are writing properly. They should be changed once a month, or when the pen is not writing properly.

C.  **Aircraft Location for Boarding in Columbus**
   When Michael and Matthew are the only passengers, pull the aircraft directly outside hangar six.

## V.   BOARDING

**A.   Crew Duties**

When boarding, the crew should stand in their respective places. They should shake each passenger's hand and greet them by name.

    **1.   Pilots**

        **a.   Captain**

            i.   The Captain will wait at the bottom of the stairs to greet the passengers if the passenger's vehicle can be driven to the ramp.

            ii.   When the passengers cannot be driven onto the ramp and are dropped off curbside in front of the FBO, the Event Coordinator should arrange for the driver to call the Captain so that the Captain can be standing in front of the FBO to meet the passengers.

            iii.   The driver will call the Captain once he and the passengers leave for the airport, and again when they are ten minutes away.

        **b.   First Officer**

            i.   The First Officer will wait for passengers at the top of the stairs.

            ii.   If there are six or more passengers and the passengers will have luggage, the First Officer will not greet passengers, but will be waiting in the baggage compartment to load luggage.

            iii.   When the First Officer is in the baggage compartment for the arrival of the passengers, when he has finished loading the luggage, he will greet Michael and Matthew when walking through the cabin.

        **c.   Second Officer**

            i.   When there are three pilots and the luggage will be arriving with the passengers, the Second Officer will be in the baggage compartment to load luggage upon passenger arrival. The Captain will determine who goes to the baggage area.

            ii.   When the Second Officer is in the baggage compartment for the arrival of the passengers, when he has finished loading the luggage, he will greet Michael and Matthew when walking through the cabin; however, if there are guests, the Second

Officer will not greet the passengers.

   2.  **Stewards**

     a.  For flights with four passengers or fewer, The First Steward should stand behind the forward club seats for boarding. If there is a second steward, The Second Steward should stand at the end of the credenza.

     b.  If there are more than four passengers, The First Steward should stand behind the dining table for boarding. The Second Steward should stand in front of the galley door.

**B.  Guests**

1. If there will be guests on board the flight, the Event Coordinator will email the guest information to the crew prior to the flight. The crew should be able to readily identify the passengers by name. There will be a laminated copy of the headshot sheet that can be taped on the extending table in the galley. Keep the sheet out of sight of the passengers at all times.

2. The Event Coordinator will confirm as to whether the guest should be shown to the aircraft, or if they should wait for Michael and Matthew. If guests are disembarking at multiple airports, The First Steward will label the bags and The Second Steward will escort all guests to the aircraft.

3. If they are to be seated ahead of time, the steward will escort them to the seat Matthew usually assumes. If there are more than two guests, the Event Coordinator will confirm where guests should be seated if they are to be seated ahead of time.

**C.  Dogs Boarding**

When the dogs are to fly with Michael and Matthew, load the aircraft in the following order:

1. Upon arrival, the houseman will direct the bags to the Captain and the line guy according to their designated destination.

2. The houseman will take the dogs onboard the aircraft, leaving the dogs on their leashes.

3. Once on board, the houseman will hand the dogs to the steward to tend to from there.

4. The houseman will then carry all carryons onboard to be taken directly to the crew rest area.

5. When Ruby and Trouble travel, Ruby will sit opposite Michael in the cabin, in Sammy's seat. When Sammy travels, Ruby will sit in Trouble's seat.

**D.  Luggage**

Ideally, the pilots will receive and load the luggage before the passengers board. If the luggage arrives at the same time as the passengers, a line person will assist. The steward is responsible for any luggage not going in the Baggage Compartment.

Please leave one suitcase accessible to add last minute items brought on by Michael. Before packing the items, ask Michael "Is there anything you need from your shopping bags before I place them in your suitcase?"

Excess bags that are not needed during the flight should be placed in the baggage compartment.

1. Luggage Tags
   a. The houseman should label all luggage, apart from all of the suitcases, except the one with the tag "For Use During the Flight."
   b. When there are guests disembarking at multiple airports, a tag with the passenger's name should be attached to their luggage. On the list of passengers, note how many pieces of luggage each passenger brings onboard.
   c. All crew luggage should be labeled "NJ892 Crew."
   d. The First Steward is responsible for ensuring that all luggage has a tag noting its destinations. The box next to the destination should be shaded with the initials of the person responsible next to it.
   e. Matthew's gym clothes bag should be stowed in the cabin during the flight.
   f. All suitcases should be labeled "Cabin/Household;" the Abercrombie & Fitch bag containing Michael's reports should be labeled "Cabin/Household;" and Matthew's gym bag should be labeled "Cabin/Matthew's Vehicle."
   g. Clothing samples should be tagged and labeled to go to Mary Ann's desk.

2. Crew Luggage
   With the exception of pilot flight bags, all crew bags should always be stored in the Baggage Compartment.

E. Coats and Carryons
   1. If a guest has a coat, collect their coat while they are still standing, saying, "Let me take your coat." Their coat should be hung in the Baggage Compartment on a hanger with their picture, name, and title, if there are six or more passengers on board.
   2. Take any carryons the guest may have and say, "Let me place this up front and I can bring it to you whenever you need it. Is there anything you will be needing from your bag?" Carryons should be stored in the crew rest area for takeoff and landing.
   3. If a guest has a coat and a carry-on, take both at the same time.
   4. When the aircraft has landed, tell the passengers, "If you would like to remain seated, we will bring your coats and hand luggage to you." Be sure to address each passenger by name when handing back their coat. The First Steward will

return the carryons and the Second Steward will return coats.

Aircraft Standards                    Page 26

## VI.  IN FLIGHT

**A.  Request Response**

When Michael, Matthew, or a guest make a request, respond by saying, "No problem." This should be used in place of phrases like, "Sure" or, "Just a minute."

**B.  Take Off**

1.  When the aircraft is taking off, the stewards should sit in the rear club seats in the galley bulkhead facing forward if the beds are not made up. If the beds are made up, the stewards should sit in the rear two seats of the dining area facing forward. The First Steward should always be more visible to Matthew.

2.  If there is a guest on the flight, the stewards should sit at the dining table facing aft for take off.

3.  If there are six guests on the aircraft, the flight steward should sit in the rear club seats, facing rear.

4.  When there are twelve guests, one flight steward should sit in the crew rest area and the second in the jump seat.

**C.  Briefings**

Do not brief the passengers unless there is a need to divert the flight due to extreme weather.

**D.  Cabin Calls**

If the pilot needs to contact the steward for an issue that is not urgent, call the steward on the cabin phone. If there is an urgent matter, use the call button.

**E.  Bed Making**

When the passengers are sleeping, the stewards should sit in the bulkhead club seats facing aft. One steward should always be in the seats.

If making or disassembling a bed, meal service should be completed first.

1.  **Bed Assembly**

a.  If a bed is to be made up for the flight, they should be made prior to the passengers' arrival, unless there are three or more passengers. The third bed should be assembled during dinner.

b.  If there are no guests, set the larger mattresses on top of the smaller mattresses. Set the beds up on the four aft club chairs with two pillows apiece. The beds should be made up prior to Michael and

Matthew's arrival, and may remain made throughout the trip. Tidy the bed when Michael and Matthew are not sleeping, and change the sheets during stops.

c.  If there are guests for an overnight flight, use the smaller mattresses with the older mattress underneath for extra cushion. Only two beds can be made before the passengers board. Set up two beds on the four aft club chairs and a third should be set up forward on the right side. If there is a fourth guest, the bed should be set up on the left side in the forward section of the aircraft.

  i.  Lay a bottom sheet on top of the mattress, then add a second top sheet over the blanket.
  ii.  Lay the blanket on top and turn back the top sheet.
  iii.  Iron the exposed top sheets.
  iv.  Place the two pillows on the end closest to the galley for the aft beds, closest to the cockpit for the forward beds.
  v.  For take-off, adjust the top pillow by placing it next to the other.
  vi.  Once the aircraft is level, replace the pillow.
  vii.  Just before the guests go to sleep, spray the bedding with sleep spray.

d.  If there is a guest for a flight and the beds have been assembled, the steward should sit forward, one facing aft, one facing forward.

2.  **Blankets**

There should be two blankets and two pillows on board at all times.

One spare blanket per passenger should be placed on board when the beds will be used. Spare blankets are to be stored in the aft lavatory closet.

Two blankets and two pillows should be placed on board for the crew on flights over two hours in length. When a crew member needs to rest, the steward will set out a pillow and a blanket.

3.  **Disassembling**

When the passengers are awake and sitting in the club chairs, tidy the bed so that it looks neat in the cabin. Do not disassemble the beds until the trip is complete.

E.  **Immigration and Customs Forms**

On international trips, the steward should discuss what paperwork needs to be filled out, and have Michael and Matthew fill it out before landing.

## VII.  DRINKS SERVICE

**A.  Introduction**

Once the aircraft has leveled off, one steward should prepare the drinks while the other serves drinks and snacks to each group of passengers as they are seated by table.

All drinks are served pre-poured for the first cup or glass.

When serving drinks, a cocktail napkin is always placed down first, before the drink. Water and soda should be served in a glass with ice and a lemon and refilled from a pitcher.

**B.  Coffee Service for Guests**

For every flight with a guest on board, prepare fresh regular and decaffeinated coffee.

When the guest requests coffee other than during meal service, ask them how they would like their coffee prepared. Pour and stir their coffee and bring it to them on its saucer with a cocktail napkin.

For refills, the steward should bring out a small silver tray with a small tray liner containing the following things:
1. Either the regular or decaffeinated coffee in a carafe
2. 1 creamer containing half and half if needed
3. 1 sugar bowl containing cubed sugar if needed
4. 1 sugar bowl containing loose Equal sweetener if needed
5. 1 set of sugar tongs if needed
6. 2 5-inch teaspoons if needed

Pour the coffee into their cup, then butler the cream and sugar as desired. Let the guest decide if they want to keep the spoon or not.

If a guest requests coffee at the end of the meal service, the steward should bring out a small silver tray with a small tray liner containing the following things:
1. The coffee in a carafe
2. 1 creamer containing half and half
3. 1 sugar bowl containing cubed sugar
4. 1 sugar bowl containing loose Equal sweetener
5. 1 set of sugar tongs
6. 2 5-inch teaspoons

Remove the salt and pepper from the table if it has not already been removed, and lay the cream, sugar, and utensils on the table. Pour the coffee into their cup on the table.

C.  **Tea Service for Guests**

Hot water for tea should be brewed in the electric tea kettle.

When the guest requests tea other than during meal service, list the various teas we have. Ask them how they would like their tea prepared. Pour and stir their tea and bring it to them on its saucer with a cocktail napkin. Refills of tea should be prepared just the same as the initial cup.

D.  **Matthew's Tea Service**

Matthew drinks Assam tea in the morning and Darjeeling tea after 2.00 pm. Tea should be served on a small tray with a small tray liner. The following items should be on the tray when serving the tea:

1.  1 flask of boiled water
2.  1 tea pot with 2 scoops of the loose Fortnum and Mason Assam tea (or Darjeeling after 2.00 pm) placed in it
3.  1 creamer of milk
4.  1 tea strainer
5.  1 cup and saucer
6.  1 5¼-inch teaspoon
7.  1 cocktail napkin



The items should be placed on the tray so that the handles are all facing outward.

a. Place the hot water flask in the upper left-hand corner.
b. The creamer should be placed in the lower left-hand corner.
c. Place the tea strainer to the right of the creamer so that the elephant is at the bottom of the tray.
d. The cup and saucer are placed in the bottom right-hand corner on a cocktail napkin.
e. Place one teaspoon to the right of the cup and saucer.
f. Place two scoops of tea in the tea pot and place the tea pot in the upper right-hand corner. Do not pour the water into the teapot for the first cup.

If Matthew needs more tea and hot water, collect the flask and tea pot on a small tray with a small tray liner. Clean and dry the tea pot and add fresh tea to the pot as above.

E.  **Refills and Ice Replenishment**
With the exception of tea, refill all beverages using flasks and pitchers. If a guest needs a beverage refilled for which there is not an available pitcher, bring them a new glass and remove the old.

If a guest needs more ice, serve ice using the caviar dish and tongs.

F.  **Morning Flights**
For morning flights, say, "May I offer you coffee, tea, juice, soda, or water?"
Water, grapefruit juice, and orange juice should be prepared in the pitchers if requested. Soda should be refilled from the galley as needed.

G.  **Afternoon and Evening Flights**
For afternoon and evening flights, say, "May I offer you wine or a cocktail?" If they decline, say, "May I offer you coffee, tea, iced tea, water, or soda?" In the summer, also offer lemonade.

Water and iced tea should be prepared in the pitchers if requested. In the summer, lemonade should be prepared in a pitcher. If more than three people are drinking one type of soda, one pitcher should be filled with that type of soda for refills.

The first glass of wine should be pre-poured. For any additional glasses, serve from the bottle. Do not wrap a linen napkin around the bottle.

## VIII.   MEAL SERVICE

**A.  Introduction**

It is the steward's duty to make sure that he has enough time to serve a meal smoothly. The steward should let Matthew know when to sit down for meal service, and may need to give cues as to the pace of the meal. If there ends up not being enough time to comfortably serve the dessert or cheese course, do not try to squeeze in the course.

**B.  Silver**

Any silver that will be used during a flight should be polished before use. Used silver should be washed and set aside in a Ziploc bag. When returning from a flight on a Monday morning, all used silver should be polished upon completion of inventory. Use the black gloves for handling and cleaning; use the white gloves for laying the table.

Once a month, all silver on the aircraft should be polished.

**C.  Table Setting**

The linens will be pressed at Two Easton Oval prior to the flight. Dirty linens should be placed in the black laundry bag and stored in the baggage compartment. After a flight, the dirty linens should be returned to the office to be laundered and pressed. Linens are stored in the stewards' pantry at Lane Aviation.

The table should be laid before the passengers come to the table.

1. One medium tray liner should be laid 3.5 inches from the edge of the table.
2. One dinner napkin should be centered on the tray liner so that the embroidery at the bottom of the napkin lines up with the embroidery at the bottom of the tray liner.
3. One luncheon fork should be placed on the left of the tray liner half an inch from the bottom of the tray liner.
4. One dinner fork should be placed to the right of the luncheon forks half an inch from the bottom of the tray liner.
5. One luncheon knife should be placed to the right of the dinner napkin half an inch from the bottom of the tray liner.
6. One dinner knife should be placed to the right of the luncheon knife half an inch from the bottom of the tray liner.
7. One white wine glass should be placed above the tray liner so that the right

sides are flush with the right edge of the tray liners.

8.  One red wine glass should be placed to the right of the tray liner so that the top edge of the wine glass is flush with the top of the tray liner.

9.  One set of salt and pepper should be set centered at the top of the tray liners with the salt on the right. Place one set at each table, with two sets at the dining table.

10. Flowers should be laid to the side when there are two and on the credenza when there are three or four.

11. If the main entrée will be fish, lay the table with a fish fork and fish knife in place of the dinner fork and dinner knife.

### D. Service

Meals are served using Silver Service when there is at least one steward for every two passengers. When there are two stewards, the meal should be served using mirrored Silver Service, where the stewards place, serve, and remove dishes at the same time. When more passengers fly than can be served using Silver Service, the meal should be served using plated service.

#### 1. Plated Service

a.  Prepare the glasses of water with lemon and place them on the table before asking guests to be seated.

b.  Serve and refill drinks using a silver pitcher. Add ice if necessary.

c.  Once the guests have removed their napkin, place the pre-plated first course in the middle of the tray liner.

d.  When they have finished the first course, remove the plate, luncheon fork, and luncheon knife.

e.  Place the main entrée in the center of the tray liner.

f.  If dessert or a cheese course is to be served, remove the plate, dinner fork, dinner knife, salt, and pepper.

g.  If there is dessert, bring out a dessert fork and a dessert knife. Place the fork on the left of the tray liner, and the spoon on the right. Place the dessert in the center of the tray liner.

h.  If a cheese course is to be served, place a bread and butter plate in the middle of the tray liner. Present the platter with a knife on the tray.

i.  Offer coffee either after serving dessert, or after the cheese course if finished. If they have coffee with dessert, place it in the upper right-hand corner of the tray liner. If they have coffee after the cheese tray, place the coffee cup and saucer in the middle of the tray liner. Also lay loose Equal in a sugar bowl with a spoon; sugar cubes in a sugar bowl with sugar tongs, and creamer in the middle of the table. Do not prompt them as to how they take their coffee, but if they tell you, only bring out the sugar, Equal, or creamer that they need.

2. Silver Service

   a. Prepare the glasses of water with lemon and place them on the table before asking guests to be seated.
   b. Once the guests have removed their napkin, place the dish for the first course in the middle of the tray liner.
   c. Serve and refill drinks using a silver pitcher. Add ice if necessary.
   d. If the first course is not pre-plated, serve the course, holding the serving dish in the hand further from the guest, dish the entrée onto the plate with the hand closer to the guest.
   e. When they have finished the first course, remove the plate, luncheon fork, and luncheon knife.
   f. Place the dinner plate in the center of the tray liner.
   g. Serve the main entrée, holding the dish in the hand further from the guests and serving with the hand closer to the guest.
   h. If dessert or a cheese course is to be served, remove the plate, dinner fork, dinner knife, salt, and pepper.
   i. If there is dessert, bring out a dessert fork and a dessert knife. Place the fork on the left of the tray liner, and the spoon on the right. Place the dessert in the center of the tray liner.
   j. If a cheese course is to be served, place a bread and butter plate in the middle of the tray liner. Present the platter with a knife on the tray.
   k. Offer coffee either after serving dessert, or after the cheese course if finished. If they have coffee with dessert, place it in the upper right-hand corner of the tray liner. If they have coffee after the cheese tray, place the coffee cup and saucer in the middle of the tray liner. Also lay loose Equal in a sugar bowl with a spoon; sugar cubes in a sugar bowl with sugar tongs, and creamer in the middle of the table. Do not prompt them as to how they take their coffee, but if they tell you, only bring out the sugar, Equal, or creamer that they need.
   l. If the flight is not long enough to allow time for all of the meal courses, ask Michael and Matthew if they would like a second helping of the main course, or if they would prefer to move on to the dessert and cheese plate. Do not send the food on to the household.

E. Crew Meals

Crew members may eat meals on flights over two hours in length. Out of courtesy to any passengers on the aircraft, meals should not be aromatic. If the passengers are eating cold food, crew members are not to eat hot meals. Flight stewards should eat in the crew rest area.

For precautionary measures, the pilots' meals must be different.

The flight steward will serve any food or beverages to the pilots and assist with any

needed items from the galley. Coffee for the crew should be brewed in the forward galley. The steward should check on the pilots every twenty-five minutes.

## IX.  DISEMBARKING

**A.  Crew Duties**

Upon disembarking, the crew should stand in their respective places. They should shake each passenger's hand and say, "Goodbye, [first name]."

1. **Pilots**
   a. The pilot will confirm ground transportation forty-five minutes prior to landing. If the aircraft is being met by a helicopter, the pilot will confirm with the helicopter and the driver of the vehicle meeting the helicopter. When it is cold outside, he will also ask the helicopter pilot to start up the helicopter and warm it up.
   b. The Captain should open the aircraft door, then wait at the bottom of the stairs to see the passengers off.
   c. The First Officer should stand at the top of the stairs.
   d. If there are more than six passengers, however, the First Officer should walk straight back to off-load luggage, leaving the main cabin door open to notify passengers that they may disembark.
   e. When there is a third pilot, the First Officer will stand at the top of the stairs, and the third pilot will walk straight back to off-load luggage.

2. **Stewards**
   a. The First Steward should use the air phone to call the houseman when the aircraft is twenty minutes away from the airport to confirm that they are in position.
   b. The First Steward should inform Michael and Matthew as to the number of vehicles that will be waiting and who will be driving.
   c. 15 minutes before landing, the First Steward should verify the destination of the shopping bags and bring forward Matthew's gym bag.
   d. The First Steward should stand behind the forward club seats for disembarking, and if there is a second steward, he should stand to the rear of the credenza.
   e. If there are more than four passengers, the First Steward should stand behind the dining table for disembarking, and The Second Steward should stand in front of the galley.

f.  The First Steward should escort all passengers to the lobby. The exception may be with an international location when security does not permit the steward to leave the aircraft. In this case, The First Steward will disembark, assisting guests off the plane and to the transportation provided by the FBO.

g.  If Michael and Matthew are temporarily stopping en route, The Second Steward is to accompany Michael and Matthew.

### B.  Unloading

1.  After shaking the passengers' hands, the First Officer will move to the Baggage Compartment and off-load the luggage to the line person.

2.  After shaking the passengers' hands at the bottom of the stairs, the Captain will oversee the placement of the luggage into the vehicle or vehicles, if they are allowed on to the ramp. If not, the captain will accompany the bags with the line person through the FBO to the vehicles, ensuring that all the bags are placed in the proper vehicle.

3.  When there are guests, the steward should escort the guest off, carrying their carry-on. The steward should then pass the bag on to the Captain, who will escort the guest inside the FBO. Guest bags should leave first and should be the Houseman's top priority.

### C.  Warming Vehicles

At Columbus airport, when there are six guests or fewer, pull their vehicle up to the main entrance at Lane Aviation. Start with the eldest lady and say, "If you'll give me your keys, I will pull your vehicle up for you." Leave their vehicle running and load the luggage into their vehicle. Only pull one vehicle up at a time. Work your way down through the ladies from eldest to youngest, then start with the eldest gentleman and work down to the youngest gentleman.

### D.  Pick Up at Columbus Airport

1.  When the aircraft arrives, the morning houseman will drive to the aircraft and pick up Michael. Pull the car up to the ramp.

2.  A second houseman will drive Matthew's Range Rover to the aircraft so that Matthew can depart. The second houseman will then pull up the third Range Rover to load the luggage into the trunk and ensure that it is loaded properly.

3.  If a guest travels to Columbus on N1892, a member of The Jeffries Family Office staff will collect the guest from the aircraft and transport him or her to his or her destination.

### E.  Helicopter Drop Off

The First Steward should load the luggage into the helicopter according to priority. The First Steward should transport any luggage that does not fit in the helicopter to the household.