# EXHIBIT "2"

## X.  POST FLIGHT DUTIES

A. **Inventory**

Once the aircraft is unloaded, the steward will complete the inventory checklist and stock the aircraft to standard. Any unnecessary items should be removed. It is as important to make sure that there are not too many of an item as it is to make sure that there is enough.

B. **Silver**

Any used silver should be polished and put away. Once a month, all silver on the aircraft should be polished. Use the sink in the hangar when polishing silver.

C. **Refuse Removal**

Refuse should be removed from the aircraft through the baggage area. Communicate with the pilot to make sure someone is available to collect the garbage.

D. **FBO Services**

Stewards should direct all line men to the Captain or the First Officer for questions regarding aircraft service.

E. **Shutdown**

Some locations will require a speedy shutdown of the aircraft. The pilot will advise the stewards if they are flying into a location that requires a quick shutdown.

## XI.  STORE TOUR

A. Guest Arrival and Boarding

1. Captain
   a. The Captain will stand curbside in front of the FBO to greet all passengers.
   b. Once all of the guests arrive, the Captain and the First Steward will escort the group to the van or directly to the aircraft, depending on proximity to the aircraft.
   c. At the aircraft, the Captain will go to the bottom of the gangplank to greet passengers and oversee boarding.

2. First Officer
   a. The First Officer will wait for passengers at the top of the stairs.
   b. If there are six or more passengers and the passengers have luggage for the baggage compartment, the First Officer will not greet passengers, but will help load luggage.
   c. After all passengers are on board, the First Officer will go to the baggage compartment to assist with the loading of the luggage.

3. First Steward
   a. The First Steward will greet arriving passengers in the FBO lobby and will load their luggage onto a luggage cart.
   b. Once all of the guests arrive, the Captain and the First Steward will escort the group to the van or directly to the aircraft, depending on proximity to the aircraft.
   c. The First Steward should direct passengers to place any luggage outside of the aircraft. Andy Harris will collect the luggage and load it onto the aircraft.
   d. The First Steward will board the aircraft ahead of the passengers and will stand behind the first set of four club seats to show passengers to their seats. If the seats are not assigned, say, "You're welcome to sit wherever you like."
   e. If a passenger is assigned to a seat in the back of the aircraft, greet the passenger by name and direct them to the Second Steward. For example, "Hello, Mark. Chris will show you to your seat."

  f. When there are eight passengers or fewer, the First Steward will escort the eldest or most senior lady to her assigned seat; or, if there is assigned seating, to direct them to their individual seats.

    i. **Columbus**
    Guests will be asked to park in front of Door 24. One or two greeters will meet guests at Door 24 and escort them to the First Steward, who will escort passengers through the hangar to the aircraft.

4. **Second Steward**
   a. The Second Steward will wait for the passengers in the aircraft.
   b. The Second Steward will stand at the end of the credenza to show passengers to their assigned seats in the back of the aircraft.
   c. When there are eight passengers or fewer, the Second Steward will direct the passengers to sit in the club chairs rather than at the dining table by saying, "You'll be more comfortable in the club chairs.

5. **Bad Weather**
   a. If the weather is unpleasant and there is not a van to take passengers to the aircraft, ask guests to wait in the FBO and let them know that The Second Steward will escort them to the aircraft in groups of four so that they are not left standing outside.
   b. The Second Steward will come to the lobby and escort passengers in groups of four to the aircraft. He will show them to their seats and collect their coats and carryons, seeing that everyone is settled in. Once a group is settled in, the steward will return to the lobby for the next group.
   c. When Michael and Matthew arrive, the steward greeting guests in the lobby will escort them onto the aircraft with the last group.

6. **Coats and Carryons**
   a. If a guest has a coat, collect their coat while they are still standing, saying, "Let me take your coat."
   b. Their coat should be hung in the Baggage Compartment on a hanger with their picture, name, and title.
   c. Take any carryons the guest may have and say, "Let me place this up front and I can bring it to you whenever you need it. Is there anything you will be needing from your bag?"
   d. Carryons should be stored in the crew lavatory for takeoff and landing, and in the rest area during the flight.

C. **Drinks Service**
   1. Once the aircraft has taken off, begin beverage service.

2. The First Steward should remain in the galley to prepare the drinks, and the Second Steward should take drink orders and deliver the drinks.
3. When taking the drink orders, ask, "May I offer you something to drink?" Then, list the choices.
4. Serve drinks in sections of four, starting with the section where Michael and Matthew are not seated. If a gentleman and lady are seated at a table, serve the lady first.
5. Lay the drinks in the same order as they were taken, placing a cocktail napkin down and placing the drink on the cocktail napkin.

D. Meal Service

Meal service should be as consistent as possible for each flight; however, there may be exceptions due to number of guests or time constraints. The Event Coordinator will notify the stewards of any modifications to the standard service.

1. **Cinnamon Rolls**
   Lay the table with a luncheon fork, a luncheon knife, a dessert plate, and a tea napkin. Cinnamon rolls should be served on a silver tray. Offer additional cinnamon rolls.

2. **Hors D'Oeuvres**
   When hors d'oeuvres are served, offer the hors d'oeuvres on the serving platters, allowing the guests to select their choice. Provide each guest with a tea napkin and dessert plate by placing them on the side wall ledge for the club chairs and on the dining table for the center seats.

3. **Snacks**
   a. When snacks are served for store tours, prepare two bowls of snacks per table. Prepare a bowl of pretzels, and one of Squirrel Nuts.
   b. The steward who is preparing drinks is responsible for warming the nuts and cooking the pretzels in the microwave.
   c. Serve the snacks on a tray along with the drinks.
   d. When serving, begin with the back of the aircraft and work towards the front of the aircraft if Michael and Matthew are seated in the front of the aircraft, serve their section last.
   e. If Michael and Matthew are sitting in separate sections, serve Michael's section second to last, then Matthew's section last.
   f. Once every table has snacks and drinks, continue to ensure that all tables have full bowls of snacks and drinks.
   g. When a bowl is empty, replace it with a fresh bowl and remove the empty.

4. **Table Laying**
   a. Start at the end opposite of the one in which Michael and Matthew are sitting.

b. Tables will be set in "sections" i.e., the four seats forward, the four at the dining table, and the four aft.
c. Tables to be set first will be determined by where Michael and Matthew are sitting.
d. Should Michael and Matthew be seated in different sections, set the section without either one first, serving the section where Matthew is seated last.
e. One steward will lay the table settings, opening the tables on either side first.
f. The Second Steward will carry four medium tray liners over one arm, and a tray containing:

   i. **Breakfast**
      - 4 Highballs
      - 4 Luncheon Forks
      - 4 Luncheon Knives
      - 4 Dinner Forks
      - 4 Dessert Spoons
      - 4 Dinner Napkins
      - 1 Set of Salt and Pepper (an additional set of salt and pepper should be laid at the dining table on the tray liner)

   i. **Lunch and Dinner**
      - 4 Luncheon Forks
      - 4 Luncheon Knives
      - 4 Dinner Forks
      - 4 Dinner Knives
      - 4 Dessert Forks
      - 4 Dessert Spoons
      - 4 Dinner Napkins
      - 1 Set of Salt and Pepper (an additional set of salt and pepper should be laid at the dining table on the tray liner)

g. Place the passenger's beverage on the tray liner and remove the cocktail napkin.
h. When laying the settings at each section, lay the place settings on one side of the aisle, then turn and lay the settings at the table across the aisle from them.
i. If there is a lady sitting in the section, always lay the place setting in front of her first. If there are two ladies in the section, lay the place setting in front of the elder or more senior lady first.

5. **Meal Service**
   The meal service will follow the same order as a normal meal service, with the

follow exceptions:

 a. When serving the food, the stewards should serve using mirror service, serving by section.
 b. The stewards should stand back to back, each serving a table.
 c. Lay the plates on the tray liners in front of both guests at the same time.
 d. Ensure that drinks are full throughout the meal service, using the pitchers filled with the three more popular drinks to refill beverages.
 e. After clearing the dessert dishes, ask the passengers if they would like coffee.
 f. The stewards should bring out cups and saucers for passengers desiring coffee, placing the cup and saucer in the middle of the tray liner and placing a teaspoon on the saucer.
 g. The First Steward should come out with a flask of coffee and pour it for the guests.
 h. The Second Steward should follow the first, offering the tray with cream, sugar cubes in a bowl with tongs, and Equal in a sugar bowl with a teaspoon for the guests to serve themselves, asking, "Would you like cream, Equal, or sugar?"

6. Clearing the Table
 a. After the last course, clear in a similar fashion by section, beginning with the table that was laid first.
 b. The silver tray will not be used for clearing, but rather, each steward will remove the plates simultaneously on either side. The same method will be used at the dining table.
 c. After all plates and utensils are cleared, the First Steward should carry a silver tray with cocktail napkins and follow the Second Steward, who should remove linens and close the tables.
 d. The Second Steward should offer to refresh drinks, removing any unneeded glasses and cups.
 e. Should the guest want to keep their drink, lay a beverage napkin on the ledge and place their drink on it.
 f. After clearing the table, the stewards should proceed with serving the pilot meals.

E. Disembarking in Columbus
 1. Stewards
  a. Before landing, check with all of the passengers to verify that they have arrangements for departure.
  b. If Michael and Matthew will be proceeding to a helicopter from the aircraft, The First Steward should call the helicopter pilot when they are ten minutes out.

    c. The Second Steward should accompany Michael and Matthew to the helicopter and ensure that their travel is secured.
    d. Tell the passengers, "If you would like to remain seated, we will bring your coats and luggage to you." Be sure to address each passenger by name when handing back their coat and carry-on bag.
    e. When the aircraft has landed and the main cabin door is closed again, The Second Steward will hand back the passenger's coats.
    f. The First Steward will return all carry-on bags back to the individual.
    g. The First Steward should lead passengers off of the aircraft, saying, "Would you like to follow me off of the aircraft?"
    h. The Second Steward stands at the dining table, then follows the last passengers down the stairs.
    i. The two stewards and the Captain will escort the passengers into the FBO.
    j. The two stewards will carry hand luggage of the eldest or most senior ladies.
    k. The stewards hand back luggage from the luggage cart. Michael and Matthew's luggage should remain on the aircraft.
    l. The stewards should carry the luggage of the two eldest or most senior ladies to their vehicles.
    m. The stewards will continue to assist the group, if necessary, starting with the eldest lady.
    n. If Michael and Matthew are making a stop on a trip, the Second Steward should accompany Michael and Matthew to their destination.

2. **First Officer**
    a. The First Officer will open the main cabin door when ready and leave it open while heading directly back to the baggage area to start off loading luggage.
    b. Michael and Matthew's luggage should remain onboard until the guests have departed.

        i. **Columbus**
        In Columbus, the First Officer will offload luggage to Andy Harris, who will load it onto a cart and unload it outside the front door.

3. **Captain**
    a. The aircraft is to be positioned at Lane Aviation's main entrance.
    b. The Captain opens the aircraft door and waits at the bottom of the stairs.
    c. Once the Captain has seen everyone off of the aircraft, he should go directly to the back of the aircraft to assist in off-loading the luggage.

d. The two stewards and the Captain will escort the passengers into the FBO.