# KOLMAN ELY, P.C.

---

Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(267) 337-7338

414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134
Fax (215) 750-3138

600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 301-2090

August 20th, 2012

<u>*Via Facsimile to 267-299-5069*</u>

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6th Floor, Room 6613
601 Market Street
Philadelphia, PA 19106

> **Re:** ***Bustin v. Abercrombie & Fitch Co.***
> **Civil Action No. 10-1675**

Dear Judge Diamond:

Pursuant to the Court's Order of August 16th, 2012 (docket item no. 135), I write to provide copies of the newly-provided documents (consisting of a series of notes by Scott Mayer) showing that: (a) Matthew Smith was an agent of Defendant and (b) that a second deposition of Smith is warranted. Enclosed for the Court's review are the following documents:

a. Mayer note referring to Matthew Smith as an ***"ANF*** [Abercrombie & Fitch] ***"decisionmaker."*** *See* attached Exhibit "1" (Bates no. 1067 (emphasis added).

b. June 11, 2009 note made during negotiations with various entities (one of which was Jet Aviation) to assume Defendant's aviation management contract and referencing:

> i. the fact that Matthew Smith "no longer wants" a pilot named "Tad" *See* attached Exhibit "2" (Bates no. 1181);

> ii. the fact that Matthew Smith will do a "final interview" for crew members after Janine Beaudette and Scott Mayer do an "initial A & F interview" for crew members. *See* attached Exhibit "2" (Bates no. 1181).

c. Mayer note of June 16, 2009 confirming that Matthew Smith conducts the "final interview" of all candidates for ***"form [and] fit."*** *See* attached Exhibit "3" (Bates

The Honorable Paul S. Diamond
August 20, 2012
Page 2 of 5

no. 1184)(emphasis added). This note makes it clear that Defendant (and indeed, Matthew Smith himself) had reserved the power to reject pilots for "form " and "fit" (which we now know from Smith's own words means "age", *see infra* Exhibit "6") and that Jet Aviation simply vetted pilots for "qualifications" before they were subjected to Defendant's interview process (which, based on this note and the chart in the next note (Exhibit "4", *infra*), included Matthew Smith as the final hurdle before a pilot was selected or rejected).

d.  Mayer note of June 25, 2009 listing Matthew Smith on an interview progression chart as final interviewer before "hire!" of candidates. *See* attached Exhibit "4" (Bates no. 1198).

e.  August 6, 2009 Mayer note that appears to reflect a plan by Defendant to eliminate Plaintiff and another older pilot (Michael Palmer) and conceal a full time pilot job posting from them, and questioning "how to respond" if they learn of the effort to replace them. *See* attached Exhibit "5" (Bates no. 1239). This page also contains a reference to the timing of "notification" to Plaintiff and Palmer (part of the note is illegible).

f.  On September 8, 2009, Mayer documented several comments from Matthew Smith directly referencing a pilot's age following a flight to the effect that the flight made Smith "very nervous", because (according to Matthew Smith):

> -The pilot was "horrendous";
>
> -There was "no way" the pilot met Defendant's (or Matthew Smith's) "form and fit" requirements *(this note is followed by the word "age" in parenthesis);*
>
> -Matthew Smith commented that he *"didn't know they could fly that old."* (emphasis added).
>
> -Matthew Smith commented that it was necessary to "beat them [presumably Jet Aviation] over the head with a sledge hammer" and that "it's not fully transitioned until we have an understanding of what a brandright [sic] pilot is." Smith also stated that "with the market the way it is, this should be easy."
>
> -Matthew Smith admits he acts as a manager of Defendant's aviation program, concluding his remarks to Mayer by stating that "I wouldn't want the program to fail *because I left mgmt. too early."*
>
> *See* attached Exhibit "6" (Bates no. 1267) (emphasis added).

The Honorable Paul S. Diamond
August 20, 2012
Page 3 of 5

g.　Three pages after the foregoing note, Scott Mayer notes that Matthew Smith's "overarching" concerns about pilots and the fact that the "transition [was] not complete yet" were expressed in a "very direct" manner and that Jet was aware of them. *See* attached Exhibit "7" (Bates no. 1270).

h.　On October 5, 2009, Mayer noted that Defendant's plan was to make "major changes" in its aviation program. *See* attached Exhibit "8" (Bates no. 1281).

i.　On or after December 15, 2009, on learning that Plaintiff had expressed concerns about the behavior of new (and younger) pilot Alex Schube, *see* Bates no.1319, including his questioning of Plaintiff's decisions (Plaintiff of course was the pilot in command), *id.*, and after Alex Schube responded to the foregoing concerns during a phone call in what Mayer describes as an "unprofessional" manner, *id.*, Mayer's "next steps" included having a "come to Jesus" talk with Schube - - and firing Plaintiff. *See* attached Exhibit "9" (Bates no. 1321). This is interesting because Alex Schube is retained as a pilot (and Plaintiff is fired) despite Schube's admission that he engaged in "poor communication" with Plaintiff, Bates no. 1320, the fact he was "unprofessional" on the phone when questioned about his interactions with Plaintiff, Bates no. 1319, and the fact that he acted in an "immature" manner. *Id.* Of course, it had long since been decided by Defendant that Plaintiff was being replaced anyway. *See supra* Exhibit "5".

j.　Mayer's notes also show he obtained the approval of Matthew Smith for Plaintiff's firing. Mayer's "next steps" after the foregoing incident included notifying Matthew Smith to *"get [his] approval to terminate [Plaintiff] ASAP."* *See* attached Exhibit "9" (Bates no. 1321) (emphasis added).

k.　On February 17, 2010 (after Plaintiff was terminated), Jeanine Beaudette of the Jeffries Family Office asked Mayer (who documented the question verbatim): *"[c]an we do something about Palmer on Tuesday's flight? Michael [Jeffries] and Matthew [Smith] prefer younger pilots on flights w/ larger groups."*

　　*See* attached Exhibit "10" (Bates no. 1345) (emphasis added).

l.　Mayer's notes also confirm that Matthew Smith made the final decision on the new aviation contractor to replace Global Aviation, and that he issued a *"direction" to "move forward"* with Jet Aviation as the new contractor. *See* attached Exhibit "11" (Bates no. 1183). It is clear from this note that Matthew Smith is "directing" Mayer (and hence Defendant) to select a certain contractor he has chosen. Mayer than writes that he will begin contract discussions with Jet Aviation. Mayer then makes a note that he has advised Global Aviation (the former contractor) of the following, making it crystal clear who makes the decisions for Defendant:

The Honorable Paul S. Diamond
August 20, 2012
Page 4 of 5

> *"Matthew has made the decision to move to a new
> mgmt. company."*

> *See* attached Exhibit "11" (Bates No. 1186)(emphasis added).

m.   On May 17, 2010, Mayer documents comments from Matthew Smith to the effect
that Smith will agree to "try out" a particular means of travel scheduling although
he feels it is "complicated" and that Smith "didn't like" heavy involvement by a
particular employee ("Mary Ann") in scheduling.  Smith then suggests another
employee ("Shari") to handle scheduling. *See* attached Exhibit "12" (Bates no.
1397);

n.   In the same note, Matthew Smith is quoted as stating that he feels he was   being
"bullied" into accepting certain full-time pilots and that Smith "feels it's
crap that we can't find brand appropriate pilots." *See* Bates  attached Exhibit "12"
(Bates no. 1397). Smith followed this conversation up with the drafting of a
"realistic plan" he sent to Mayer (and which has not been produced by
Defendant). *See* Exhibit "12" (Bates no. 1399.  Also not produced to date is a
"Pilot Consistency Plan" Mayer refers to at Exhibit "12, Bates no. 1398.

o.   As recently as August of last year, Mayer also documents a meeting on the "new
G-550" jet with Matthew Smith  to discuss "interior configuration options" and
the selection of a new vs. a used jet. *See* attached Exhibit "13" (Bates no. 1686).

p.   Matthew Smith also conducted regular inspections of Defendant's aircraft hangar
and issued detailed directions to Mayer of the items he wanted changed after each
inspection.  Mayer documents one such inspection, and the subsequent lists of
tasks assigned by Smith, on October 22, 2009, when he conducted an aircraft
hanger walkthrough with Smith during which Smith expressed demands ranging
from removal of equipment kits (a "HINI FLU" kit) to ensuring "flip flops" were
on the aircraft. *See* attached Exhibit "14" (Bates no. 1290). Similar walkthroughs
with Smith took place on December 3, 2009 (where Smith again made demands,
including one that stickers be removed from all cleaning supplies, *see* attached
Exhibit "14"   (Bates no. 1310)), on January 21, 2010 (where Smith demanded
that labels be peeled from ladders and that the Abercrombie logo be placed on the
hangar rug), *see* attached Exhibit "14" (Bates no. 1335), on February 11, 2010
(where Smith's demands included lining up binders on one side and painting the
aircraft tow bar to match the plane), *see* attached Exhibit "14" (Bates no. 1345),
and on March 4, 2010 (where Smith demanded removal of a trash can sticker and
provision of a  specific pen for the maintenance clipboard). *See* attached Exhibit
"14" (Bates no. 1354).

As I stated in my letter last week, it is clear from the foregoing notes (none of which were
produced until after the discovery deadline elapsed) that Matthew Smith was and is a decision-
making agent of Defendant and that the Court may exercise jurisdiction over him and order

The Honorable Paul S. Diamond
August 20, 2012
Page 5 of 5

Defendant to produce him for a second deposition and for trial. I may obtain additional information relevant to the Court's determination on Matthew Smith's status at the second deposition of Scott Mayer, which is scheduled for tomorrow (August 21, 2012).

Respectfully,

KOLMAN ELY, P.C.

By:

Wayne A. Ely, Esquire

WAE/st
Enclosures
cc:     Lori A. Halber, Esquire (*via facsimile to 215-399-2249*)
        Rick Grimaldi, Esquire (*via facsimile to 215-399-2249*)

x  x  x  Communication Result Report ( Aug. 20. 2012 12:03PM )  x  x  x

1)
2)

Date/Time: Aug. 20. 2012 11:43AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 9452 Memory TX | 12672992069 2153992249 | P. 42 | E-3) 3) OK | P. 1-42 |

-------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## KOLMAN ELY, P.C.

| Two Penn Center Plaza, Suite 200 Philadelphia, PA 19102 (267) 387-7808 | 414 Hulmeville Avenue Penndel, PA 19047 (215) 750-3134 Fax (215) 750-3136 | 600 Grant Street, Suite 660 Pittsburgh, PA 15219 (412) 301-2080 |
|---|---|---|

August 20th, 2012

*Via Facsimile to 267-287-5652*

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6th Floor, Room 6613
601 Market Street
Philadelphia, PA 19106

Re:   *Buntin v. Abercrombie & Fitch Co.*
Civil Action No. 10-1675

Dear Judge Diamond:

Pursuant to the Court's Order of August 16th, 2012 (docket item no. 135), I write to provide copies of the newly-provided documents (consisting of a series of notes by Scott Meyer) showing that: (a) Matthew Smith was an agent of Defendant and (b) that a second deposition of Smith is warranted. Enclosed for the Court's review are the following documents:

a.   Meyer note referring to Matthew Smith as an "ANF [Abercrombie & Fitch] "decisionmaker." *See* attached Exhibit "1" (Bates no. 1067 (emphasis added).

b.   June 11, 2009 note made during negotiations with various entities (one of which was Jet Aviation) to ensure Defendant's aviation management contract and referencing:

     i.   the fact that Matthew Smith "no longer works" a pilot named "Ted" *See* attached Exhibit "2" (Bates no. 1181);

     ii.  the fact that Matthew Smith will do a "final interview" for crew members after Janine Bentsdime and Scott Meyer do an "initial A & F interview" for crew members. *See* attached Exhibit "2" (Bates no. 1181).

c.   Meyer note of June 16, 2009 confirming that Matthew Smith conducts the "final interview" of all candidates for "form [and] fit." *See* attached Exhibit "3" (Bates

www.kolmanely.com

# EXHIBIT "1"

Wayfarer Jets (Walter)

- Retained in Feb '07 to help
    - acquire aircraft
    - help guide refurbishment
    - help attach mgmt co.
- Babysat refurbishment + delivery which happened New Year's Eve 2007
- Resale value is less due to over-of-ratined interior
- Modifications to aircraft prevent Part 135 operation thus lowers resale value as well.
- Mgmt. Co: TAG Aviation + Air Group

            Both became JetDirect

Major Players
| Jet Aviation |
| EJM |

- ANF Decisionmakers for Air Group:
    - Mary Ann
    - Dan Petronella
    - Matthew Smith
- Air Group historically failed across the board

Y will operate on satellite basis
    - Hire pilots direct or contracted
       ↳ Doesn't matter either way
    - Create a pending fraud & place in escrow
    - Prefers aircraft to be employee of mgmt. company

# EXHIBIT "2"

Hiring - Pilots                                    6/11/09

Died Kozic - Pilot, not rehireable

• Preference for interviews
        - interview at same time as initial
          A&F interview (Janine)
        - Matthew final interview after A&F
        - Initial A&F interview w/ all 3
          (Janine, Mark, Scott)
        - Winterlint & Personality

- Matthew no longer works Jad
- 3 salary + 1 contract pilot

# EXHIBIT "3"

6/16/09

Mtg. w/ Tom F.
- Signature for Global Aviation Agreement
- Ability to roll under new mgmt. company
     - Process?
     - Communication?
- Hiring process as defined by TJFD (for 3 salary pilots)
     → Jet Aviation to manage testing for qualifications
          - Valuctdick? (Sims)
          - Personality? (Twins)
     → Group Interview w/ ANF
          • Janina, Scott, Mark
     → Matthews: Final interview personally for fam, fit

reworks Lex website for results scoring
- Add Tom F. to interview panel

# EXHIBIT "4"

6/25/09

Jet Aviation Transition

- Doug may not be eligible due to his company being competitor

- Liz (Jet Professionals) will put out public posting in order to get around Global Aviation hiring provision
    → 5% recruitment fee for public job posting
    → only applicable to brand new pilots
  ✱ → Send 3 resumes for Palmer, Brestin, Doug

- JA willing to cross w/ AC as captain x/ one of our current contract pilots
    → willing to take contract pilot rate for both

✱ - Indoc training ~ 3 days for pilots at $1,000/pilot

✱ - Get w/ Risk Mgmt. on current hull value liability policy (Arranges w/ Global Insurance)

✱ Can we put 1 JA pilot w/ Global on each trip through GOS · Doug transition period

- All postings are anonymous, relation to Abercrombie name

- Why Press?
    → Jet Profs → Dave H. → ? CREW
  Matthew ← ANF ← BHB ←
          ↓
        HIGH!

- Each pilot would have to run 2 would get Line/Airman check ready immediately (w/in a few days).

— Crew Stewards —

- 4 stewards thru cross

- moving fwd, we meant consideration ≥ I/E w/ through Jet Aviation

DEF1198

# EXHIBIT "5"

8/5/10

<u>Stewards</u>

- Are stewards hourly for intl trips-enter trip,
  when does hourly stop & TSTO start?

- Pull time employees for at least the 3
  guys (maybe not Chris)

- *Process map out entire process & send
  to Nick & Dan

- Ability to permanently apply an "advance"
  which reconciles automatically.

- Several Team comps for PT Stewards

8/9/2010

8/6 Flight Evaluation & Standard & Aviation —
when to notify Palmer/Bustin re: Day
How to respond if Palmer/Bustin notice or hear
of PT pilot posting
- Discussed ability to do video conferencing → Step 2
  of hiring process
- What happens after evaluation today
  → write-up & filed
  → used for 8/6 & 8/12 transition/index
- Stewards hourly vesting dollars
  - sec doc

# EXHIBIT "6"

9/8/09

GT MP

MS Project template + training
↳ eliminate mistakes in our PM methodology
(continuous improvement)

Aviation
check ~~benefits~~ Pete's leave pay for Tryon
↳ Check Tryon's ~~leave~~ formula in current

———— Matthew Smith: Aviation Discussion ————

(1) Mechanic - we need to get this going
(2) Pilots: Pilot were horrendous
    - No way from 2 fit ("Age")
                "didn't know they
                could fly that old"

    - "Like this moving makes us "very nervous""
    "understand ~~that~~ your role + need to transition"
Dave → "but them over the head w/a sledge
        hammer"

    "it's not fully transitioned until we
    have an understanding of what a
    ~~transfer~~ pilot is"

    "with the market the way it is, this should
    be easy"

    "We wouldn't want the program to fail
    because I left myself too early"

DEF1267

# EXHIBIT "7"

Need info on 2 Re: HC video feed

· SARFT
  State Admin of Radio Film + TV

MII
  Ministry of Info 2nd story

(1) Spoke w/ Mathew who was very direct on the
    weekend flight experienced his feelings on
    transition not complete yet.
(2) We met w/ Diana Chung this morning, + she is aware
    of Matthews overarching concerns.

——— 9/14/09 ——— LT mtg

- Asimtran timeline to move out this week
- Jeff Johnny ok Ratings press
- Will call Maleigh re: Relocation
- Defining SLA's
- JH wants to have HCo Video Board come during
    Roadshow meeting.
- Film up "heats down" time thangs end of October
- Pull A/P spend data YTD
- Tap Del Vecchio on march - examining opportunity

DEF1270

# EXHIBIT "8"

10/4/09

Sunday Evening Task List

- Analyze Flight Steward J's from Geiger
- Send out draft on-site Crew Day Agenda
- Sent weekly Crew Wkly email

10/5/09   Aviation Transition Details

(1) Primary Objective: Seamless transition
(2) Joe's quick involvement essential, as payson
       about to make major changes

Gretchen
   - knives boring for maint. Aviso usage

DEF1281

# EXHIBIT "9"

- Bustin called Nick re: Alex issues on trip
- Nick followed up w/ Palmer to verify
- Elaine / Nick on phone w/ Alex yesterday
  - Interpersonal action w/ Mike & flight attendants
  - Alex unprofessional on phone w/ Nick & Elaine

G haves prep in Tokyo for stewards, islinger
on duty there, so Bustin said "No"

Update:
- Alex came into spout w/ Elaine & Dan
- Immature
- Admitted to being "wrong" and "blowing things out
  of proportion"
- No issues w/ Cabin Stewards
- Bustin doesn't feel "
- Questioning Decisions "
  → Flight Planning
  → Teamwork issues
- Alex was getting involved w/ stewards
  in making decisions

DEF1319

- Deploy exit tubes in cockpit

Jager
- Level PIC Bustin issues
- Bustin called Jager a "Fucking liar"

Alex Dawson w/Elaine strike
- Responded 1st Time on this call:
  - Lack of communication re: Flight plans
  - Got second/3rd time info from stewards
  - Elaine's initial reaction: Alex admitted to poor
    communication, however
    continues to
- Bustin never stored calls/emails from Alex when
  they tried to work things out directly w/Bustin
- He got along fine w/Steve

On-Site J.A. conversation w/Elaine
- Brought 3 pgs. of notes
- Expects PIC to comm. better w/ cabin crew
- Doesn't generally take notes in this fashion
- Still wishes



Next Steps:

1) Fly Bustin w/ Palmer this weekend.

2) Notify Members of safety/comm. execution & get approval to terminate Bustin ASAP

3) Activate Mark (Pedroia) for Tuesday flight w/ Schube. (Mark on 6 month deal?)

4) Come-to-Jesus w/ Schube by JA/JP

5) Continue Search for Captain

6) Continuing to evaluate Alex

8(oo-365-1892)

8:30am  LGA    10:30am
(3/41)

Shoreham at $209

# EXHIBIT "10"

2/11/2010

Matthew - walk-through

- New cabinet for cleaning
- Paint tow bar grey for airplane
- Extra headset in Crew Rest area
- Interior of drawer by forward cabin peeling
- get "logo only" sign made up for real
- Rugs in entry of crib space
- All parking signs along hangar
- Live - p file labels to one side (down drawer)

2/17/10  conversation w/ Janine Beaudore
    - "Can we do something about Palmer
      on Tuesday's flight? Michael & Matthew
      prefer younger pilots on flights w/ hangar
      groups"

# EXHIBIT "11"

6/16/09

Jet Aviation Weekend Trip update Mtg.

(1) Visit to JA went well
(2) General service level was relatively
    consistent w/ Fred Aviation (current FBO)
(3) Matthews's direction to move forward w/ JA
    after he follows up w/ Jack Kessler at ASG


NEXT STEPS
    (1) Begin contract ~~negotiations~~ discussions w/ JA → execute
    (2) Draft termination notice for Global Aviation
        effective on/about August 31
    (3) Notify JA of intent to award business
        begin finalization of 5 wk transition plan

May Ann
Shai
MG
~~Chris~~ Jamie
Hanson

DEF1183

6/19/09

Conversation w/ Davy (Global Aviation)

(1) Matthew has made the decision to move to a new mgmt. company.

(2) Beyond general infrastructure, decision came down to physical footprint of Global vs. a larger organization.

(3) We'd like all current pilots to work w/ new mgmt company through HR and vetting process
   → However, Ted needs to move into a "reserve" pilot status through transition
   → Bustin should become a primary pilot

(4) We'll have full transition plan end of next week
   Update Mtg. w/ Shawna          6/19/09
   + Once weekly discussion w/ Shawna to review project status

(5) Legal notices will be sent today to reflect this conversation.

Davy - Yes
Bustin - Yes
Palmer - Maybe
Lathrop -

# EXHIBIT "12"

5/17/10

Re: Cap of Matthew Smith Aviation Mtg

- Felt separation of travel scheduling was
  complicated; willing to try out for a while
- Didn't like Maryann's heavy involvement in travel
  booking — maybe Staci?!?!
- Re: FT Pilots, felt we were "bullying" him into this
  & feels it's erap" that we not find
  termed appropriate pilots.


Team Building Event

| Dave + Brothers | Bowling |
|-----------------|---------|
| IIIh 1121 | 111 |

5/18/2010

The List

- ~~Package/modify~~ N892 ~~Personal use~~ process map &
  send to Robert/Halloran.
  - ✓ - Check is MS preferred reimbursement method
  - ✓ - Send invoice to Grace at TSFO /30 Day Terms
- ✓ Get Grace's email address from Janice
- - Get Concur Steward Expenses report for Q1 2010 from Jeff
- - Create mileage log for HQ→CMH→travel → Send to Joe
- ✓ Create Jiani's Ice Cream expense report
- ✓ Get Eagle to sign CDA/NDA (Re: Joe)
- ⊗ Call Nuke Peters re: Phase Beta for Steward Expenses
- ✓ F.U. on Personal Use projection by Quarter from Joe
- ✓ Document Pilot Consistency Plan & send to Janice
- - Get Joe to develop standard store tracking sheet &
     process everything "work here" to Bernadette

- - Matthias confirmed for June 10th
- - Mark confirmed for June 10th

- - Figure out pilot offsite Today! 5/18/10

DEF1398

Matthew Conversation Notes

(1) Apologize for the discussion yesterday —

(2) I felt like I came off as
— pessimistic & unconstructive

(3) I'm really quite pessimistic about this, but feel
we know ways now to comprehend how long
it'll take to get what we want

(4) for good thing

(4) After meeting yesterday, I went home & started to
put on paper what a realistic plan would
look like. → Can I send this to you to
look at?

I KNOW
we can do this...
we just need a
start a long term
plan.

DEF1399

# EXHIBIT "13"

8/4/2011

Item G550 Mtg w/Matthew

- Summary of progress JTD (New, Pre-owned, etc.)
- What is this mtg for? (General interior direction)
- Final decisions on AC May 24, 2012
- Summary of interior configuration options
- Appendix A options review
- GV Replacement Deck

DEF1686

# EXHIBIT "14"

Aircraft Hangar Walk-through                    16/22/09

- Buckets & carts (larger than ours like 2T)
- Brightwork
- Designated parking for store bags
- SLA for rug switch-outs
- Jet Aviation Standard Cockpit item locations
- NO uniforms at all on aircraft (flip-flops)
- Work on door (super squeaky & gets stuck) Sliding door
- Put Honeywell FOM in back
- Binders in closet? Need? Where to put? Can
    we put in standard JSFO binders?
- AED had to get out in emerg. situation
- All old routing / approach paperwork needs removed
- H1N1 Flu Kit → Matthew wants it removed
- Need advanced first Aid Kit (Per Jamie) $1,000
    → for emergency landing in remote locations
- Emergency call stickers for phones - only 2 w/o phone
- ASK Jet Av. to assess need for new window pins
- Lamp scratches on plane - Matthew wish list
- One pad of paper on desk in cockpit area
- No paper or binders in closets in hanger
- No cardboard boxes or scrap paperwork in closets
- Immigration forms have Set for all routine
    traveling to
- Shelving standards in hanger
- Leather cleaning at ofc. on chairs
- Setup office standards

12/3/09

Hanger Walk Through w/(Matthew)

E.U. Fixtures
- Buckets/Carts : have working on paint match w/larger buckets
- SLA for reg. switchouts (every Tuesday)
- AED: Fixed w/diff. strap
- Binders: TBD → working on office now
- Lamp Switches: turned around, apply rubber; on 2010 wish-list
- Tire Mats: on order?

New Items for this Week
- Reading lamp
- Buckets & carts to be managed by Lane
- Tighten up upholstery on seats for FY10?
- Take stickers off cleaning supplies FY11.

1/21/10

Matthew Hanger (office Walkthrough)

- plaster containers for ear plugs
- Maint / E&M in standard binders
- clean mechanicals closter in place -
- Setup standard trashcal
- Printer in area next area?
- Bag tag standard? - After all aircraft bags
- Bubble wrap carpet
- Life vest order
- Rug Branding A&F
- Tote stickers
- Play w/ "Record P/Kay" Font
- Put A&F logo on bottom of rug
- Peel labels from ladders
- Sticker on jack

2/11/2010

Matthew walkthrough

- New cabinet for cleaning
- Paint tow bar grey for airplane
- Extra headset in Crew Rest area
- Interior of drawer by foundation peeling
- get logs-only sign mocked up for real
- Rugs in entry of crib space
- All parking signs along hanger
- Line up file labels to one side (toward drawer)

2/17/10   conversation w/ Janine Benedette
    " Can we do something about Palmer
      on Tuesday's flight? Michael & Matthew
      prefer younger pilots on flights w/ larger
      groups"

DEF1345

3/4/2010

Matthew Walk-Through
-Sink sign
-Stocked pen for maint log, clipboard
-Dome light in cockpit out (right side)
-Paint map/brown handles gray (at ladders)
-Paint dolly gray
-Gadgets on old ladders
-4 signs in front of bay

→ Sticker on trash can in
Office Kitchen

Arise New Acct. Mgr. Mtg.                    3/4/2010
(1) On-Demand since October 2008
(2) 5 contacts since October 2008, only 1 (Sreedhar)
        has been consistent
(3) Lack of knowledge of how to use tool, low use
(4) Those who use it, lack confidence in Coteweave Support
(5) Line limits causing significant delays & optimization issues
        in maintenance spend (M&M)

DEF1354