# KOLMAN ELY, P.C.

Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(267) 337-7338

414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134
Fax (215) 750-3138

600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 301-2090

September 10, 2012

*Via Facsimile to 267-299-5069*

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6th Floor, Room 6613
601 Market Street
Philadelphia, PA 19106

Re:  *Bustin v. Abercrombie & Fitch Co.*
     Civil Action No. 10-1675

Dear Judge Diamond:

As Plaintiff has previously advised the Court, at the deposition of Matthew Smith, questioning about his conversations during breaks with Abercrombie attorneys was the subject of an attorney-client privilege objection as a result of a "Joint Defense Agreement" between Abercrombie & Fitch and the Jeffries Family Office. *See* docket item 136, Exhibit "2", pp. 67-69.

Plaintiff has previously requested that the Court order production of the Joint Defense Agreement. To date, the Court has declined Plaintiff's requests. However, in light of the foregoing exchange at Smith's deposition, and the possible relevance of the Joint Defense Agreement to the agency and "active involvement" issues currently before the Court (as well as to Abercrombie's right and ability to require Smith to appear in this district for deposition and trial), I am compelled to renew my request that the Court order production of the Agreement.

Respectfully,

KOLMAN ELY, P.C.

By: _____
    Wayne A. Ely, Esquire

WAE/jlf
Enclosures
cc:  Lori A. Halber, Esquire (*via facsimile to 215-399-2249*)
     Rick Grimaldi, Esquire (*via facsimile to 215-399-2249*)

www.kolmanely.com