## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL STEPHEN BUSTIN,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 10-1675 |
| : | |
| **ABERCROMBIE & FITCH CO.,** : | |
| Defendant. : | |
| : | |

### O R D E R

**AND NOW,** this 16th day of October, 2012, it is hereby **ORDERED** that, having conducted an <u>in camera</u> review of the Joint Defense Agreement between the Jeffries Family Office and Abercrombie, I find that it contains no discoverable information. Accordingly, Plaintiff's letter requesting production of the Agreement is **DENIED**.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*
          _____
          Paul S. Diamond, J.