# KOLMAN ELY, P.C.

### 414 Hulmeville Avenue
### Penndel, PA 19047

(215) 750-3134
FACSIMILE (215) 750-3138
www.kolmanely.com

November 1, 2012

*Via Facsimile to 267-299-5069*

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6th Floor, Room 6613
601 Market Street
Philadelphia, PA 19106

      Re:    ***Bustin v. Abercrombie & Fitch Co.***
              **Civil Action No. 10-1675**

Dear Judge Diamond:

      I write to respectfully request a telephone conference in this matter. Yesterday's settlement conference was a failure (a separate motion for sanctions will be filed shortly on this issue), and it is clear that a trial will be necessary. I respectfully request that a trial be scheduled as soon as it is feasible in light of the Court's busy schedule. In the meantime, Plaintiff also respectfully requests permission to complete the following additional discovery as a result of the late production of the Scott Mayer notes:

(1) a second deposition of CEO Michael Jeffries at our office to address issues raised by the Mayer notes;
(2) a designee deposition on the late production of the Mayer notes and the reasons they were concealed;
(3) a designee deposition on Matthew Smith's "consulting" work for Abercrombie (disclosed by an unnamed Abercrombie executive in a recent Bloomberg news article);
(4) the Ohio deposition of Jeanine Beaudette to address the Mayer notes and her age-related comments therein;
(5) the Ohio deposition of Mark Meyers, an aviation management company employee who advised Scott Mayer (according to Mayer's notes) that Defendant's "requirements" for pilots were hard to fill due to the hours needed to qualify as a Gulfstream jet pilot;

*Bustin v. Ambercrombie & Fitch Co.*
*PAED Case No. 10-1675*
*November 1, 2012*
*Letter requesting conference*
*Page 2 of 2*

(6) the deposition of Dana Acock (a former Abercrombie employee who made statements to Scott Mayer - reflected in his notes - about Matthew Smith's high level of involvement in the aviation program).

I believe a conference is necessary because Defendant has advised it will not produce Mr. Jeffries for a second deposition at our office. The other discovery outlined above has not been the subject of an objection to date, and the Jeffries Family Office has agreed to produce Ms. Beaudette for a second deposition.

I therefore respectfully request permission to take a second deposition of Mr. Jeffries and complete the other discovery outlined above before trial.

I will file a more formal motion if the Court deems one necessary.

Respectfully,

KOLMAN ELY, P.C.

By: _____
Wayne A. Ely, Esquire

WAE/st
cc:    Lori A. Halber, Esquire (*via facsimile to 215-399-2249*)
       Rick Grimaldi, Esquire (*via facsimile to 215-399-2249*)